918

No. 234, Misc. JOHNS v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 235, Misc. PETILLO v. INDIANA ET AL. Supreme Court of Indiana. Certiorari denied.

No. 242, Misc. RICCO v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 244, Misc. BAUMGART v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 245, Misc. ERDMANN v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 246, Misc. PERKINS ET UX. v. BACH. C. A. 9th Cir. Certiorari denied. *Carl Hoppe* for petitioners. *Hudson B. Cox* for respondent.

No. 247, Misc. SAXON v. UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 249, Misc. GOLDING v. WEEKS, SECRETARY OF COMMERCE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Homer Brooks* and *Edmund Hill, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for respondent.